Duvale *v.* Duvale.

CHARLES BORCHERLING, administrator, appellant,

> 55a 589
> 57  663

*v.*

JOHN RUCKELSHAUS, respondent.

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Ruckelshaus* v. *Borcherling, 9 Dick. Ch. Rep. 344.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—12.

*For reversal*—None.

---

CELINE M. DUVALE, appellant,

> 55b 589
> 57  546
> 
> 55  589
> Case 2
> 65  771

*v.*

CHARLES L. DUVALE, respondent.

> 55  589
> Case 1
> 66  100

On appeal from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Duvale* v. *Duvale, 9 Dick. Ch. Rep. 581.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, GUMMERE, LUDLOW, VAN SYCKEL, BOGERT, DAYTON—8.

*For reversal*—HENDRICKSON, NIXON—2.